706

Commonwealth *v.* Conner, Appellant.

Submitted December 6, 1971. *John R. Conner*, appellant, in propria persona; *Donald G. Oyler*, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Dennis, Appellant.

Submitted December 6, 1971. *Alexander Hemphill*, for appellant; *Romer Holleran* and *Milton M. Stein*, Assistant District Attorneys, *James D. Crawford*, Deputy District Attorney, *Richard A. Sprague*, First Assistant District Attorney, and *Arlen Specter*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.